THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
*OCT ⁻ 4* 2016*
D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| D' Angela SLACK.  ) | |
| ) | |
| ) | Case No. 2:14 CV 754 DS |
| Plaintiff,  ) | ORDER ADMINISTRATIVELY CLOSING CASE |
| vs.  ) | |
| ) | |
| ONE ON ONE MARKETING,  ) | |
| LLC d/b/a CAREER INSTITUTE  ) | |
| And does 1-10, inclusive,  ) | |
| ) | |
| Defendants.  ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter was scheduled for a status report and scheduling conference on October 3, 2016. No one appeared for either party nor was any attempt made by counsel to continue or reschedule the hearing. The last activity in the case was plaintiff's motion to postpone a scheduling conference set for April 20, 2015. The court granted that motion and ordered plaintiff's counsel to contact the court within thirty (30) days of receiving a final report from the Receiver to advise on how the case should proceed. The court has heard nothing from any party or attorney involved in this matter in15 months.

1

Rather than continue to carry this matter on the active list of pending cases and for administrative purposes in managing the Court's pending docket, the Court orders that the case be administratively closed. If necessary, this case may be reactivated upon written request by counsel for any party of record. Such request, when sent to all parties of record and granted by the Court, shall serve to revive the case without the necessity of refiling documents or submitting additional filing fees.

If the court does not receive such a request with twelve (12) months from the date of this order, the case will be fully and finally dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 3rd day of October, 2016.

BY THE COURT:

_____
DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2